AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOSEPH ALFRED PARKS, JR,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 123-080
(Formerly CR 119-034)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated August 1, 2023, the Magistrate Judge's Report and Recommendation is adopted as its opinion. Therefore, Petitioner's motion filed pursuant to 28 U.S.C. § 2255 is dismissed as untimely. Accordingly, Petitioner is denied a Certificate of Appealability and is not entitled to appeal in forma pauperis. This civil action stands closed.



August 1, 2023
Date

John E. Triplett, Clerk of Court
Clerk

*Candy Cashell*
(By) Deputy Clerk

GAS Rev 10/2020